FILED

04/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0520

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0520

_____

IN THE MATTER OF:

G.H.,                                                     O R D E R

A Youth in Need of Care.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert J. Whelan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 21 2021